# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAROLINA B. CRUZ, | |
| Plaintiff, | Case No. 2:16-cv-00775- RFB-GWF |
| vs. | **ORDER** |
| SABLES, LLC, | |
| Defendant. | |

This matter is before the Court on the Parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 10), filed on June 20, 2016.

Local Rule 26-1(b)(1) provides that special scheduling review is required for discovery periods that are longer than 180 days from the date of the first defendant's answer or appearance. Here, the parties request a 365 day discovery period because of Defendant's pending Motion to Dismiss (ECF No. 4) and E. Cincinnati Avenue Trust's pending Motion to Intervene (ECF No. 8). *See* (ECF No. 10), pg. 2, ¶ I.  The Court finds that these reasons do not support an order granting an extended discovery period.  However, the Court will allow the parties to submit a revised discovery plan and scheduling order, wherein the parties are directed to explain why they would reasonably need 365 days to conduct discovery and to show that they are not seeking the additional time as an indirect request to stay this matter pending Defendant's Motion to Dismiss.  Accordingly,

**IT IS HEREBY ORDERED** that the Parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 10) is **denied without prejudice**.

DATED this 21st day of June, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge