GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for E. CINCINNATI AVENUE TRUST

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLINA B. CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>SABLES, LLC,<br><br>Defendants.<br>_____<br>E. CINCINNATI AVENUE TRUST,<br><br>plaintiff in intervention,<br><br>v.<br><br>CAROLINA B. CRUZ,<br><br>defendant in intervention. | Case No.: 2:16-cv-00775-RFB-GWF<br><br><br><br><br><br><br><br>**Substitution of Attorney** |

The LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., attorney of record for E. CINCINNATI AVENUE TRUST does hereby consent to the substitution of GEISENDORF & VILKIN, PLLC, as attorney for E. CINCINNATI AVENUE TRUST in the above-entitled matter

///

in his place and stead.

Dated this 13 day of July, 2017.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

_____
By: Michael F. Bohn, Esq. (1641)

GEISENDORF & VILKIN, PLLC, does hereby agree to be substituted in the place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as attorney for E. CINCINNATI AVENUE TRUST in the above-entitled matter.

Dated this 13 day of July, 2017.

GEISENDORF & VILKIN, PLLC

_____
By: Charles L. Geisendorf, Esq. (6985)

E. CINCINNATI AVENUE TRUST, consents to the substitution of GEISENDORF & VILKIN, PLLC, in place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as its attorney of record.

Dated this 7 day of July, 2017.

E. CINCINNATI AVENUE TRUST

_____
By: Iyad "Eddie" Haddad

IT IS SO ORDERED.

_____
George Foley Jr.
UNITED STATES MAGISTRATE JUDGE
DATED: July 24, 2017

///

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Geisendorf & Vilkin, PLLC, and that on the 21st day of July 2017, I caused the foregoing document entitled **Substitution of Attorney** to be served by electronic transmission through the CM/ECF system of the United States District Court in the District of Nevada to the following parties:

| | |
|---|---|
| Christopher S. Connell, Esq. | cconnell@zbslaw.com |
| Benjamin D. Petiprin, Esq. | bpetiprin@zievelaw.com |
| Shadd A. Wade, Esq. | swade@zbslaw.com |

/s/Charles L. Geisendorf
An employee of Geisendorf & Vilkin, PLLC